IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO REED,

      Plaintiff,                       No. CIV S-04-0575 GEB JFM P

     vs.

D. L. RUNNELS, et al.,

      Defendants.             ORDER

_____/

         Plaintiff is a state prisoner proceeding pro se with an action filed pursuant to 42 U.S.C. § 1983.  This action was removed by defendants to this court from the Lassen County Superior Court on March 22, 2004.  Since removal, plaintiff has filed an amended complaint, a second amended complaint and, with leave of court, a third amended complaint.  By order filed April 14, 2005, the court screened the third amended complaint pursuant to 28 U.S.C. § 1915A and directed plaintiff to file a copy of all disciplinary convictions referred to in the order and to inform the court in writing of the length of his prison sentence.

         On April 27, 2005, and May 12, 2005, plaintiff filed two documents styled, respectively, as a supplemental complaint and a second supplemental complaint.  Plaintiff has not sought leave of court to amend his pleading, nor has he obtained prior approval from the court to file a supplemental complaint.  Cf. Fed. R. Civ. P. 15; Local Rule 15-220.  For these

1

reasons, the supplemental complaints filed by plaintiff will be placed in the court file and disregarded.

On April 27, 2005, plaintiff filed a fourth motion for temporary restraining order. His previous three motions were denied without prejudice in the court's April 14, 2005 order. For the reasons set forth in that order, plaintiff's fourth motion will also be denied without prejudice.

Finally, on May 6, 2005, plaintiff filed a document styled "Prison Failure to Comply with the April 14, 2005 Order and Plaintiff's Motion for court Order to Compel the Department to Produce all Relevant Documents set forth Herein."  Plaintiff contends that he has attempted to obtain copies of documents required by this court's April 14, 2005 order but that prison officials are not cooperating with those efforts and he seeks an order requiring production of the requested documents and that he be present while copies are being made.

The court will not, at the juncture, provide specific direction to prison officials concerning how and when the make the required copies.  The court will, however, grant plaintiff an extension of time to comply with the court's order in order to enable him to proceed through appropriate administrative channels within the prison system to obtain the required documents Plaintiff is informed that he is required to file an original and one copy of each document required by the court's order, <u>see</u> Local Rule 5-133(d)(2), and that he is required to serve a copy of each document by mail on counsel for defendants. <u>See</u> Local Rule 5-135.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The supplemental complaints filed by plaintiff on April 27, 2005 and May 12, 2005 shall be placed in the court file and disregarded;

2. Plaintiff's April 27, 2005 motion for temporary restraining order is denied without prejudice; and

/////

/////

2

Case 2:04-cv-00575-GEB-JFM   Document 25   Filed 06/20/05   Page 3 of 3

1        3.  Plaintiff is granted an additional period of thirty days from the date of this
2 order to file the documents required by this court's April 14, 2005 order.
3 DATED:  June 16, 2005.

                                  UNITED STATES MAGISTRATE JUDGE

12
reed0575.o2

3