IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONZO REED,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D.L. RUNNELS,**<br><br>　　　　　　　　　　　　Defendant. | 2:04-cv-0575 GEB JFM P<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE** |

　　　Defendants' first request for an extension of time to respond to the Court's Order to Show Cause, of September 12, 2006, was considered by this Court and, good cause appearing,

　　　IT IS HEREBY ORDERED that Defendants have a 30-day extension of time, from the date of service of this order, to file their response to the Court's Order to Show Cause.

Dated:  October 23, 2006.

　　　　　　　　　　　　　　　　　　　/s/ John F. Moulds
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/reed0575.ext

[Proposed] Order Granting Extension of Time to Respond to Order to Show Cause

1