IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO REED,

      Plaintiff,                    No. CIV S-04-0575 GEB JFM P

    vs.

D.L. RUNNELS, et al.,

      Defendants.               ORDER

_____/

        This matter came on for telephonic status conference March 15, 2007. Plaintiff, proceeding in pro per, did not appear. Grant Lien, Deputy Attorney General, appeared for defendants. Lt. Ventamilla and Officer Morrow also appeared. Good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        Lt. Ventamilla reported that plaintiff refused to strip down for search prior to removal from administrative segregation, in violation of institutional requirements, and therefore could not attend today's hearing. There was no telephone in administrative segregation and it was not possible to deliver a cell phone to plaintiff in his cell.

        Both Mr. Morrow and Mr. Lien stated that plaintiff has not submitted a written request to go to the law library or to obtain particular legal materials since the court issued its February 2, 2007 order. Both parties assured the court that if plaintiff completed the proper forms, he could gain access to either.

1       The parties in the <u>Coleman</u> class action have been working with a special master for over eleven years to remedy constitutional violations in the delivery of mental health care to seriously mentally ill inmates in the California Department of Corrections. <u>Coleman v. Schwarzenegger</u>, Case No. CIV S-90-0520 LKK JFM P. During the hearing, it became apparent that the interests of the parties and of judicial economy will be well-served by an assessment by the <u>Coleman</u> special master. The special master is requested to submit a report of plaintiff's status to this court. Good cause appearing, this matter will be stayed pending receipt of said report.

      IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to serve a copy of this order on the special master in <u>Coleman v. Schwarzenegger</u>, Case No. CIV S-90-0520 LKK JFM P; the special master is requested to submit a report on plaintiff's status in the instant action.

      2. This action is stayed for a period of ninety days or such shorter period as may appear approriate after receipt of a report from the <u>Coleman</u> special master.

DATED: March 15, 2007.

UNITED STATES MAGISTRATE JUDGE

/reed0575.oah