IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO REED,

    Plaintiff,                            No. CIV S-04-0575 GEB JFM P

    vs.

D.L. RUNNELS, et al.,

    Defendants.                   ORDER

                                 /

On April 20, 2007, plaintiff filed a request for emergency order to prevent his transfer to a mental hospital. Good cause appearing, IT IS HEREBY ORDERED that:

1. Within ten days from the date of this order, defendants shall respond to plaintiff's April 20, 2007 filing; and

2. Defendants shall provide a copy of the medical records supporting the proposed transfer.

DATED: April 30, 2007.

UNITED STATES MAGISTRATE JUDGE

/001;reed0575.fb