IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONZO REED,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**D.L. RUNNELS,**<br><br>                              Defendant. | 2:04-cv-0575 GEB JFM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL RESPONSE TO APRIL 30, 2007 ORDER REGARDING PLAINTIFF'S REQUEST TO PREVENT TRANSFER TO MENTAL HOSPITAL** |

Upon review of the moving papers and, good cause appearing, defendants' request to seal their response to April 30, 2007 order regarding plaintiff's request to prevent transfer to mental hospital, and all related documents, is GRANTED.

DATED: May 9, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/reed0575.sea