IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO REED,

       Plaintiff,                    2:04-cv-0575-GEB-JFM-P

     vs.

D.L. RUNNELS, et al.,

       Defendants.       <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 23, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 23, 2007, are adopted in full.

2. Plaintiff's April 20, 2007 request for emergency order to prevent transferring plaintiff to a mental hospital is denied. (Docket No. 78.)

3. This action is stayed for a period of six months. At that time, either plaintiff or defendants may file a notice concerning plaintiff's mental health treatment.

4. Plaintiff's January 31, 2007 emergency request for preliminary injunction and/or temporary restraining order is denied. (Docket No. 70.)

Dated: June 19, 2007

GARLAND E. BURRELL, JR.
United States District Judge