IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO REED,

    Plaintiff,                    No. CIV S-04-0575 GEB JFM P

    vs.

D.L. RUNNELS, et al.,

    Defendants.             ORDER

_____/

        This civil rights action, filed pursuant to 42 U.S.C. § 1983, was closed on February 22, 2008. On February 28, 2008, plaintiff filed a request for certificate of appealability. However, certificates of appealability are required in habeas corpus actions filed under 28 U.S.C. § 2254. At the appropriate time, the Ninth Circuit Court of Appeals will inform the district court if it wishes the district court to issue an order addressing whether plaintiff has filed the appeal in good faith. Accordingly, IT IS HEREBY ORDERED that plaintiff's February 28, 2008 request for certificate of appealability (docket no. 108) is denied.

DATED: March 17, 2008.

                                             UNITED STATES MAGISTRATE JUDGE

/001; reed0575.coa